Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known) _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **GoPlay, LLC** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 3 – 2 6 7 8 7 2 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **91 Redlands Road**<br>Number        Street | Number        Street |
| **West Roxbury, MA 02132**<br>City                State    ZIP Code | City                State    ZIP Code |
| **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br>City                State    ZIP Code |

| | |
|---|---|
| 5. Debtor's website (URL) | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **GoPlay, LLC** _____   Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor    __GoPlay, LLC_____        Case number *(if known)* _____
                Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency    _____

Contact name    _____

Phone    _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | X 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| X $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    __GoPlay, LLC_____    Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | X $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/22/26
              MM/ DD/ YYYY

X _____         **Darren Lyons**
Signature of authorized representative of debtor    Printed name

Title _____ **Manager** _____

**18. Signature of attorney**

X _____    Date  5/22/26
Signature of attorney for debtor                MM/ DD/ YYYY

**Marques Lipton**
Printed name

**Lipton Law Group, LLC**
Firm name

**945 Concord Street**
Number      Street

**Framingham**                          **MA**      **01701**
City                                     State      ZIP Code

_____    marques@liptonlg.com
Contact phone                       Email address

**676087**                               **MA**
Bar number                               State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

IN RE: **GoPlay, LLC**                                           CASE NO

                                                                CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     **05/26/2026**         Signature _____     **/s/ Darren Lyons** _____

                                                    Darren Lyons, Manager

Bank of America
P.O Box 660441
Dallas, TX 75266

Brian Ainscough
38 Elm Street
Canton, MA 02021

Capital One
P.O Box 30285
Salt Lake City, UT 84131

Clayton Hotels
3 Arkle Road.
Sandyford Park, Dublin 18, D18 C9C5,

Darren Lyons
91 Redlands Road
West Roxbury, MA 02132

Megan Deluhery
Todd & Weld, LLP
One Federal Street
Boston, MA 02110

HMC GESTIONI SRL
Via Terraglio
140, 31100 Treviso (TV), Italy00001

JJ Tours
Brewery Business Park Dundalk
Louth Ireland

McGinley Travel Group,
Magheroarty,  Gortahork,
Letterkenny,  Co. Donegal.  F92 Y265

Megan C. Deluhery
Todd & Weld LLP
One Federal Street
Boston, MA 02110

OnDeck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

Park Plaza
STA International, The Drying Loft,
25/26 Turkey Court
Ashford Road, Maidstone, Kent ME14 5PP

Rochestown Hotel
Rochestown Rd
Douglas, Co Cork, T12 AKC8, Ireland

Rubin and Rudman LLP
Webber, Esq., Jason A
53 State St 15th Floor
Boston, MA 02109

Sax Travel
Brownhills Garage
St. Andrews KY16 8PL

UFS
381 Sunrise Hwy
Lynbrook, NY 11563

We Travel, Inc.
c/o Rubin & Rudman, LLOP
53 State Street
Boston, MA 02109