**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| GoPlay, LLC | ) | Case No. 26-11209-CJP |
| | ) | |
| Debtor | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Rion M. Vaughan, Esq. hereby enters his appearance on behalf of creditor **WETRAVEL, INC.**, and requests that all notices in connection with this matter be sent to him at:

Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109
Tel:  617-330-7143
Fax:  617-330-7550
Email:  rvaughan@rubinrudman.com

Request is hereby made for service of copies of all papers filed with the Bankruptcy Court or the United States Trustee, including but not limited to pleadings, motions, applications, answering or reply papers, orders, reports, and the like.

*/s/ Rion M. Vaughan*
Rion M. Vaughan (BBO #689153)
Rubin and Rudman LLP
53 State Street
Boston, MA 02109
617-330-7143
rvaughan@rubinrudman.com

Dated:  June 1, 2026

5098400_1

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was served through the CM/ECF system on those persons registered to receive notice thereunder.

/s/ *Rion M. Vaughan*
Rion M. Vaughan

5098400_1