## United States Bankruptcy Court
### District of Massachusetts

In re  **Go Play, LLC**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Darren Lyons declare under penalty of perjury that I am the **Manager of Go Play, LLC** , and that the following is a true and correct copy of the resolutions adopted by the at a special meeting duly called and held on the

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter  7 of Title 11 of the United States Code;

Be It Therefore Resolved, that, **Darren Lyons, Manager**  of this company is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that, **Darren Lyons,** Manager of this company ,is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Darren Lyons, manager of this company is authorized and directed to employ

**Marques C. Lipton** , attorney and the law firm of **Lipton Law Group, LLC** to represent the corporation in such bankruptcy case."

Date  5/22/2026

Signed _____

Resolution of Manager

Go-Play, LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Darren Lyons, Manager** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, **Darren Lyons, Manager** on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , **Darren Lyons, Manager** of this company is authorized and directed to employ **Marques C. Lipton**, attorney and the law firm of **Lipton Law Group, LLC** to represent the company in such bankruptcy case.

Date   5/22/2026      Signed: _____

Date _____      Signed: _____