**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Chapter  7 |
| GO PLAY, LLC, | ) | Case No.: 26-11209-CJP |
| Debtor | ) | |
| | ) | |

## <u>MOTION TO EXTEND DEADLINE TO FILE STATEMENTS AND SCHEDULES</u>

NOW COMES the Debtor, Go Play, LLC and respectfully moves to extend the deadline by which to file its schedules A-H, Statement of Financial Affairs and Summary of Assets and Liabilities. In support of this Motion, the Debtor states the following:

1. On My 26, 2026, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy code.

2. On May 26, 2026, the Court entered an Order to Update requiring the Debtor to file the Outstanding Documents on or before June 9, 2026.

3. The Debtor has provided its undersigned counsel with some, but not all, of the documents and information needed to prepare the Outstanding Documents. The Debtor is aware of the remaining documents and information to be provided and is in the process of assembling it and transmitting it to Counsel.

4. Counsel and the Debtor estimate that the Outstanding Documents will be completed no later than June 19, 2026 which is eleven days prior to the meeting of creditors.

WHEREFORE the Debtor respectfully requests that this Honorable Court enter an order extending the deadline by which to file the outstanding documents until June 19, 2026.

Respectfully submitted,
Go Play, LLC
By its attorney,

Dated: June 9, 2026

/s/ Marques C. Lipton
Marques C. Lipton, BBO #676087
Lipton Law Group, LLC
945 Concord Street
Framingham, MA 01701
(508) 202-0681
marques@liptonlg.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE                                                )
                                                     )          Chapter  7
    GO PLAY, LLC,                        )          Case No.: 26-11209-CJP
    Debtor                               )
                                                     )

## CERTIFICATE OF SERVICE

I, Marques Lipton, hereby certify that I have this day served the following parties a true and correct copy of the Debtor's Motion to Extend Deadline to File Documents as follows:

**Via ECF**
Richard King, Esq., United States Trustee
Donald Lassman, Esq., Chapter 7 Trustee

**Via Email**
Darren Lyons, Manager Go Play, LLC

Dated: June 9, 2026                         /s/ Marques C. Lipton
                                            Marques C. Lipton