**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE                                          )
                                               )          Chapter  7
     GO PLAY, LLC,                    )          Case No.: 26-11209-CJP
     Debtor                           )
                                               )

06/09/2026 GRANTED AS FOLLOWS, THE DEADLINE FOR FILING THE OUTSTANDING DOCUMENTS SET FORTH IN THE ORDER TO UPDATE [ECF. NO. 3] IS EXTENDED TO JUNE 22, 2026 AT 12:00 P.M.

## MOTION TO EXTEND DEADLINE TO FILE STATEMENTS AND SCHEDULES

NOW COMES the Debtor, Go Play, LLC and respectfully moves to extend the deadline by which to file its schedules A-H, Statement of Financial Affairs and Summary of Assets and Liabilities. In support of this Motion, the Debtor states the following:

1. On My 26, 2026, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy code.

2. On May 26, 2026, the Court entered an Order to Update requiring the Debtor to file the Outstanding Documents on or before June 9, 2026.

3. The Debtor has provided its undersigned counsel with some, but not all, of the documents and information needed to prepare the Outstanding Documents. The Debtor is aware of the remaining documents and information to be provided and is in the process of assembling it and transmitting it to Counsel.

4. Counsel and the Debtor estimate that the Outstanding Documents will be completed no later than June 19, 2026 which is eleven days prior to the meeting of creditors.