UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In re<br><br>    GOPLAY, LLC,<br><br>         Debtor. | Chapter 7<br>Case No. 26-11209-CJP |

**APPLICATION OF DONALD R. LASSMAN, CHAPTER 7 TRUSTEE, FOR
AUTHORITY TO RETAIN PIERCE ATWOOD LLP AS COUNSEL**

Donald R. Lassman, the duly appointed chapter 7 trustee (the "Trustee") in the

bankruptcy case of GoPlay, LLC (the "Debtor"), hereby applies for entry of an order pursuant to

section 327 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure,

and Rule 2014-1 of the Massachusetts Local Bankruptcy Rules ("MLBR"), authorizing the

Trustee to retain Alex F. Mattera and the law firm of Pierce Atwood LLP ("Pierce Atwood") as

counsel in this case. In support of this Application, the Trustee represents as follows:

**Background**

1.      On May 26, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the

United States Bankruptcy Court for the District of Massachusetts (Eastern Division).

2.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. sections

157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. sections 1408 and 1409.

This is a "core" proceeding pursuant to 28 U.S.C. section 157(b). The statutory predicate for the

relief sought herein is section 327(a) of the Bankruptcy Code.

#19676428v1

3.  By order of the Court dated May 26, 2026, the Trustee was appointed as chapter 7 trustee in the Debtor's bankruptcy case and continues to serve in that capacity.

## Relief Requested

4.  By this Application, the Trustee seeks to employ and retain Pierce Atwood as his counsel in connection with the fulfillment of his duties as Trustee in this chapter 7 case.

5.  The Trustee has selected Pierce Atwood as his attorneys because of the firm's extensive experience and knowledge in the field of debtors' and creditors' rights under the Bankruptcy Code. Since it was contacted by the Trustee, Pierce Atwood has become familiar with the Debtor's financial affairs and many of the potential legal issues which may arise in the context of this chapter 7 case. As a result, Pierce Atwood is well suited to represent the Trustee in these proceedings.

6.  Subject to Court approval in accordance with sections 330(a) and 331 of the Bankruptcy Code, compensation will be payable to Pierce Atwood on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred and regularly charged by Pierce Atwood. Subject to Court approval, Pierce Atwood will bill for legal services in accordance with its ordinary and customary rates in effect on the date services are rendered. Pierce Atwood's hourly rates are subject to periodic adjustments to reflect economic and other conditions.

7.  The hourly rates set forth above are Pierce Atwood's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate Pierce Atwood for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

8.  It is also Pierce Atwood's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients

#19676428v1

include, among other things, telephone and facsimile charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, travel expenses, computerized research, and transcription costs. Pierce Atwood will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to Pierce Atwood's other clients. Pierce Atwood believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

9.     The professional services that Pierce Atwood will render to the Trustee include, but shall not be limited to, the following:

a.     consultation with the Trustee concerning all matters relating to the administration of the estate;

b.     providing assistance to the Trustee in preparing the motions, notices, complaints, and any other pleadings and documents that must be prepared or reviewed by an attorney and which are necessary to the administration of this case;

c.     directing the activities of accountants or other professionals that are retained during these proceedings;

d.     negotiating and documenting the sale of assets of the Debtor and preparing such motions and notices as are required in connection herewith;

e.     assisting the Trustee in determining the existence of avoidable transfers and pursuing the avoidance and recovery of such transfers;

f.     analyzing and determining the validity, status and priority of claims asserted against the Debtor's bankruptcy estate, including the potential avoidance of liens; and

g.     performing all other legal services for the Trustee which may be appropriate in connection with this case.

10.     To the best of the Trustee's knowledge, and except as disclosed in the attached affidavit of Alex F. Mattera, Esquire (the "Mattera Affidavit"), Pierce Atwood has not represented the Debtor's creditors or any other parties in interest, or their respective attorneys, in any matter relating to the Debtor or the estate.

3

#19676428v1

11.     To the best of the Trustee's knowledge, and except as disclosed in the Mattera

Affidavit, Pierce Atwood does not hold or represent any interest adverse to the Debtor's estate,

Pierce Atwood is a "disinterested person" as that phrase is defined in section 101(14) of the

Bankruptcy Code, and Pierce Atwood's employment is necessary and in the best interests of the

Debtor's estate.

WHEREFORE, the Trustee requests entry of an order, substantially in the form attached

hereto: (i) authorizing the Trustee to employ and retain Pierce Atwood as counsel; and

(ii) granting such other and further relief as is just and necessary.

Respectfully submitted,

DONALD R. LASSMAN,
Chapter 7 Trustee of
GOPLAY, LLC,

By his attorneys,

/s/  Alex F. Mattera
Alex F. Mattera, BBO No. 641760
Pierce Atwood LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
Telephone:  (617) 488-8112
Email:     amattera@pierceatwood.com

Dated:  June 15, 2026

### CERTIFICATE OF SERVICE

I, Alex F. Mattera, hereby certify that on the 15th day of June 2026 I caused to be served a copy of the above pleading on all parties registered for electronic service through the CM/ECF system.

/s/ Alex F. Mattera
Alex F. Mattera

4

#19676428v1