UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

GOPLAY, LLC,

Debtor.

Chapter 7
Case No. 26-11209-CJP

**ORDER AUTHORIZING DONALD R. LASSMAN, CHAPTER 7 TRUSTEE,
TO RETAIN PIERCE ATWOOD LLP AS COUNSEL**

Upon the application (the "Application") of Donald R. Lassman, the duly appointed

chapter 7 trustee (the "Trustee") in the bankruptcy case of GoPlay, LLC (the "Debtor"), seeking

the entry of an order pursuant to section 327(a) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and

Massachusetts Local Bankruptcy Rule 2014-1, inter alia, authorizing the Trustee to employ and

retain Pierce Atwood LLP ("Pierce Atwood") as counsel; and upon the affidavit of Alex F.

Mattera, a Partner in the firm, in support thereof (the "Mattera Affidavit"); and the Court being

satisfied, based on the representations made in the Application and in the Mattera Affidavit, that

Pierce Atwood represents or holds no interest adverse to the Trustee, the Debtor or to the estate

as to the matters upon which it is to be engaged, and further that Pierce Atwood is "disinterested"

under section 101(14) of the Bankruptcy Code, and that the employment of Pierce Atwood is

necessary and in the best interests of the Debtor's estate; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that Application is granted; and it is further

#19676429v1

ORDERED that Pierce Atwood will seek approval of payment of compensation upon the filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, this Court's Local Rules and Orders of this Court.

Boston, Massachusetts
Dated: _____, 2026

_____
Honorable Christopher J. Panos
United States Bankruptcy Court

2

#19676429v1