**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| GoPlay, LLC, | ) | Chapter 7 |
| | ) | Case No. 26-11209-CJP |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Megan C. Deluhery, Esq., hereby enters her appearance on behalf of **BRIAN**

**AINSCOUGH**, and requests that all notices in connection with this matter be sent to her at:

> Todd & Weld LLP
> One Federal Street, 27th Floor
> Boston, MA 02110
> Tel:  (617) 720-2626
> Fax: (617) 227-5777
> Email: mdeluhery@toddweld.com

Request is hereby made for service of copies of all papers filled with the Bankruptcy

Court or the United States Trustee, including but not limited to pleadings, motions, applications,

answering or reply papers, orders, reports, and the like.


/s/ Megan C. Deluhery
Megan C. Deluhery (BBO# 655564)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
(617) 720-2626
mdeluhery@toddweld.com

Dated: June 17, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2026.

/s/ *Megan C. Deluhery*
Megan C. Deluhery

2

4900-0149-2137, v. 1