Fill in this information to identify the case:

Debtor Name   **GoPlay, LLC**

United States Bankruptcy Court for the: District of   **Massachusetts**

(State)

Case number (If known):   **26-11209**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking account** | **9 2 2 1** | **$0.00** |
| 3.2. | **Bank of America** | **Checking account** | **8 8 1 6** | **$0.00** |
| 3.3. | **Rockland Trust** | **Checking account** | **5 0 1 3** | **$5,525.62** |
| 3.4. | **Rockland Trust** | **Checking account** | **4 6 1 0** | **$10.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 | **Trustee Process Attachment** | **$27,133.00** |
| 4.2 | **Check in Hand** | **$237.28** |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$32,905.90**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor  **GoPlay, LLC**

Name
      Case number *(if known)* **26-11209**

---

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____  _____

7.2 _____  _____

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  **Various- See attached.**  **unknown**

**9.**  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.  _____

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10.**  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.**  **Accounts receivable**

11a. 90 days old or less: _____ - _____ =.....➔  _____
       face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =.....➔  _____
       face amount      doubtful or uncollectible accounts

**12.**  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  _____

---

| Part 4: | Investments |
|---------|-------------|

**13.**  **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____  _____  _____

14.2 _____  _____  _____

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

15.1 **2.5% interest Kerry FC (Irish Football club)**  **100.00%**  **$31,000.00**

---

Official Form 206A/B  **Schedule A/B: Assets — Real and Personal Property**  page **2**

Debtor   **GoPlay, LLC**_____   Case number *(if known)* **26-11209**_____
           Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**                                                              | **$31,000.00** |

    Add lines 14 through 16. Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**                                                              | _____ |

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

---

Debtor    **GoPlay, LLC**                                                            Case number *(if known)* __26-11209__
_____
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br><br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

Debtor   **GoPlay, LLC**
Name

Case number *(if known)* **26-11209**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

❑ No

❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor   **GoPlay, LLC**                                                    Case number *(if known)* **26-11209**
         Name

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____  _____

    48.2 _____    _____  _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____  _____

    49.2 _____    _____  _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❏ No

    ❏ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

### Part 9:     Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ❏ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    _____

Debtor    **GoPlay, LLC**                                                     Case number *(if known)* **26-11209**
          Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ❏ No
   ❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ❏ No
   ❏ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ❏ No
   ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ❏ No
   ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ❏ No
   ❏ Yes

| Part 11: | All other assets |
| --- | --- |

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **7**

Debtor    **GoPlay, LLC**
Name
Case number *(if known)* **26-11209**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜ _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____                           _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____                           _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                           _____

_____                           _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

Debtor   **GoPlay, LLC**
Name

Case number *(if known)* **26-11209**

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $32,905.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $31,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $63,905.90 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................... | | $63,905.90 |

**Recoverables**

| Company | Invoice | Reference | Amount | Contact | | |
|---|---|---|---|---|---|---|
| MCLA | Final Invoice | MCLA | 11,400.00 | A.Hildabrand@mcla.edu | 413-662-2007 | 375 Church St, North Adams, MA 01247 |
| Crystal Travel | Airline Deposit | Clark University | 1,700.00 | vivienne@crystal-travel.com | 617-327-4242 | 100 Spring Street, Boston, MA, 02132 |
| Crystal Travel | Airline Deposit | Hobart | 2,500.00 | vivienne@crystal-travel.com | 617-327-4242 | 100 Spring Street, Boston, MA, 02132 |
| United Airlines | Compensation | 178126573604639 | 26,352.00 | vivienne@crystal-travel.com | 617-327-4242 | 100 Spring Street, Boston, MA, 02132 |
| Iberia | Airline Deposit | 3459399 | 5,100.00 | mybooking@iberia-groups.com | 1-844-209-1281 | N/A |
| BA | Airline Deposit | 6062448 | 1,800.00 | mybooking@ba-groups.com | 1-844-209-1281 | N/A |
| BA | Airline Deposit | 6068885 | 4,000.00 | mybooking@ba-groups.com | 1-844-209-1281 | |
| BA | Airline Deposit | 6069423 | 2,800.00 | mybooking@ba-groups.com | 1-844-209-1281 | |
| BA | Airline Deposit | 6062448 | 3,000.00 | mybooking@ba-groups.com | 1-844-209-1281 | |
| PDA | Flights | 2023 Summer Flights | 25,000.00 | snellins@aol.com | 973-960-3740 (Nellins) / | 1 Upper Pond Rd, Somerset, NJ 08873 |
| North Berwick Golf Club | | Motter - Monday 6/22/2026 | 3840 GBP / 4970.67 USD | Bookings@northberwickgolfclub.com | 011 44 1620595040 | N/A |
| Dunbar Golf Club | | Motter - Tuesday 6/22/2026 | 2100 GBP / 2,726.22 USD | secretary@dunbargolfclub.com | 011 44 1368 862317 | N/A |
| Double Tree Tower | Group Balance | | 10k Deposit - Less 2.6k Invoice | Gergana.Todorova2@Hilton.com | 011 44 207 709 1129 | Doubletree by Hilton London Tower of |

**Fill in this information to identify the case:**

Debtor name   **GoPlay, LLC**

United States Bankruptcy Court for the: District of   **Massachusetts**

(State)

Case number (if known):   **26-11209**

❑ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

   ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>We Travel, Inc.<br><br>**Creditor's mailing address**<br>c/o Rubin & Rudman, LLOP<br>53 State Street<br>Boston, MA 02109<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>❑ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Trustee Process Attachment<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>❑ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>❑ Contingent<br>❑ Unliquidated<br>☑ Disputed | **unknown** | **$27,133.00** |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name **GoPlay, LLC**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): **26-11209**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor   **GoPlay, LLC**
_____
Name

Case number *(if known)*        **26-11209**
_____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**   **Nonpriority creditor's name and mailing address**

**Abdelrahman Barghuthi**
_____

**To be notified by email.**
_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Abhishek Gupta**
_____

**To be notified by email.**
_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Abigail Deangelo**
_____

**To be notified by email.**
_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**Abigail Husson**
_____

**To be notified by email.**
_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor   **GoPlay, LLC**
Name

Case number *(if known)*   **26-11209**

---

**Part 2:** Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**

**Abigail Pierre**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

**Accor.com**

**77 South Bridge**

**Edinburgh EH1 1HN, United Kingdom,**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**   **$22,789.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

**Adrienne Allen**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

**Alcia Vega**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                    Case number *(if known)*     **26-11209**
         Name

**Part 2:**  Additional Page

**3.9**  **Nonpriority creditor's name and mailing address**

**Alexandra Elliott**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Remarks:** 3.alexaelliott@gmail.com

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.10**  **Nonpriority creditor's name and mailing address**

**Alexandrea Bird**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.11**  **Nonpriority creditor's name and mailing address**

**Alexis Goldy**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.12**  **Nonpriority creditor's name and mailing address**

**Allen Kung**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor   **GoPlay, LLC**                                          Case number *(if known)*     **26-11209**
　　　Name

## Part 2: Additional Page

**3.13** **Nonpriority creditor's name and mailing address**

**Amanda Krall**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**Amar Sahay**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** amarsahay@gmail.com

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

**Amy Donahue**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** donahue.ae@gmail.com

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

**Amy E Murphy**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**                                                          Case number *(if known)*        **26-11209**

Name

**Part 2:**  Additional Page

**3.17**  **Nonpriority creditor's name and mailing address**

**Amy Vaughan**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.18**  **Nonpriority creditor's name and mailing address**

**Anderson Travel**

**178A Tower Bridge Rd**

**London SE1 3LS, United Kingdom,**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**                 **$23,465.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.19**  **Nonpriority creditor's name and mailing address**

**Andrea Black**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.20**  **Nonpriority creditor's name and mailing address**

**Andrea Mackie**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor      **GoPlay, LLC**                                                                      Case number *(if known)*          **26-11209**
　　　　　　 Name

| Part 2: | Additional Page |
|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

**Andrea Rolla**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

**Andreina Toro**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

**Andrew Harrower**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

**Andrew Montgomery**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** amontyboston@hotmail.com

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*         **26-11209**

  Name

| Part 2: | Additional Page |
|---|---|

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
**Andrew Motter**

**To be notified by email.**

Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
**Angela Comphel**

**To be notified by email.**

Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
**Anna Wingert**

**To be notified by email.**

Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
**Anne Zimpel**

**To be notified by email.**

Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Last 4 digits of account number   __ __ __ __

Debtor  **GoPlay, LLC**
     Name

Case number *(if known)*    **26-11209**

---

**Part 2:**  Additional Page

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Anuj Srivastava** | *Check all that apply.* |
| | ☐ Contingent |
| **To be notified by email.** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:**  **Customer Deposit** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ☐ Yes |
| Remarks: anujmsrivastava@gmail.com | |

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Bank of America** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O Box 660441** | ☐ Unliquidated |
| **Dallas, TX 75266** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ☐ Yes |

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Bank of America** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O Box 660441** | ☐ Unliquidated |
| **Dallas, TX 75266** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ☐ Yes |

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$78,090.56**
| **Bank of America** | *Check all that apply.* |
| | ☐ Contingent |
| **P.O. Box 660441** | ☐ Unliquidated |
| **Dallas, TX 75266** | ☐ Disputed |
| | **Basis for the claim:**  **Business credit card** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  **1  7  4  6** | ☐ Yes |

---

Debtor   **GoPlay, LLC**                                                           Case number *(if known)*        **26-11209**
         Name

**Part 2:** Additional Page

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Bella Dombayeva**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:** bellagaeva@icloud.com

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Ben Ross**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:** benjaminoross@gmail.com

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Beverley Anne Hunt**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Bianca Wittgraefe**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

Debtor   **GoPlay, LLC**                                                  Case number *(if known)*        **26-11209**
　　　　Name

---

**Part 2:** Additional Page

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
---|---|---|---

**Bill Blank**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

**Bobbie J Yoder**

**To be notified by email.**

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

**Brenda Clark**

**To be notified by email.**

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

**Brendan Donahue**

**To be notified by email.**

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*          **26-11209**
         Name

<table>
<tr><td colspan="2">**Part 2:**   Additional Page</td></tr>
</table>

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Brian Ainscough**

**38 Elm Street**

**Canton, MA 02021**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: brianainscough3@gmail.com

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Brian Babineau**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: bbab21@gmail.com

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Brian Kwitkin**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Brian Marquette**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor   **GoPlay, LLC**                                          Case number *(if known)*          **26-11209**
  Name

**Part 2:** Additional Page

| | |
|---|---|
| **3.45** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     **unknown** |

**3.45 Nonpriority creditor's name and mailing address**
**Brian Vaughan**

**To be notified by email.**

**As of the petition filing date, the claim is:**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   — — — —

**3.46 Nonpriority creditor's name and mailing address**
**Bridget Friday**

**To be notified by email.**

**As of the petition filing date, the claim is:**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   — — — —

**3.47 Nonpriority creditor's name and mailing address**
**Bridgette Gettle**

**To be notified by email.**

**As of the petition filing date, the claim is:**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   — — — —

**3.48 Nonpriority creditor's name and mailing address**
**Brittany Prebeg**

**To be notified by email.**

**As of the petition filing date, the claim is:**    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   — — — —

Debtor      **GoPlay, LLC**                                                              Case number *(if known)*        **26-11209**
　　　　　　　Name

| Part 2: | Additional Page |

**3.49** | **Nonpriority creditor's name and mailing address**

**Bryn Carlson**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

**Burton Filstrup**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

**Candice Del Rio**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: candicedelrio@gmail.com

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**

**Capital One**

**P.O Box 30285**

**Salt Lake City, UT 84131**

Date or dates debt was incurred _____

Last 4 digits of account number   **3  2  0  7**

**As of the petition filing date, the claim is:**          **$8,000.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Business credit card**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**                                                     Case number *(if known)*      **26-11209**

Name

| Part 2: | Additional Page |
| --- | --- |

**3.53** **Nonpriority creditor's name and mailing address**

**Cara Lloyd**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**                **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

**Caren Thompson**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**                **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

**Caroline Bollettiero**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**                **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

**Carolyn Alonso**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   — — — —

**As of the petition filing date, the claim is:**                **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **GoPlay, LLC**                                          Case number *(if known)*        **26-11209**
      Name

**Part 2:**  Additional Page

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Carolyn Radcliffe** | *Check all that apply.*
| | ❑ Contingent
| **To be notified by email.** | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Charles Alexander** | *Check all that apply.*
| | ❑ Contingent
| **To be notified by email.** | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes
| **Remarks:** cgalex@gmail.com |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Charles Florek** | *Check all that apply.*
| | ❑ Contingent
| **To be notified by email.** | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Chelsea Dombroski** | *Check all that apply.*
| | ❑ Contingent
| **To be notified by email.** | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| | ☑ No
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*      **26-11209**
　　　　　Name

---

Part 2:   Additional Page

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Chris Walsh** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿ | ☑ No |
| Remarks: cpwalsh70@gmail.com | ❑ Yes |

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Christine Finnerty** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿ | ☑ No |
| | ❑ Yes |

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Christine Gunduz** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿ | ☑ No |
| | ❑ Yes |

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Christine Pereira** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ＿＿ ＿＿ ＿＿ ＿＿ | ☑ No |
| | ❑ Yes |

---

Debtor   **GoPlay, LLC**
Name

Case number *(if known)*          **26-11209**

---

**Part 2:** Additional Page

**3.65** **Nonpriority creditor's name and mailing address**
**Christopher Connolly**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.66** **Nonpriority creditor's name and mailing address**
**Christopher Krug**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.67** **Nonpriority creditor's name and mailing address**
**Cindy Ren**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.68** **Nonpriority creditor's name and mailing address**
**Claire Preisser**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor   **GoPlay, LLC**                                              Case number *(if known)*        **26-11209**
Name

## Part 2:   Additional Page

**3.69** | **Nonpriority creditor's name and mailing address**

**Clayton Hotels**

**3 Arkle Road.**

**Sandyford Park, Dublin 18, D18 C9C5,,**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    $14,080.45
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Colleena Torres**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

**Crystal OKeefe**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**

**CYNTHIA BROADSTONE**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor     **GoPlay, LLC**                                                    Case number *(if known)*     **26-11209**
           Name

## Part 2:   Additional Page

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Dan Critchley**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Daniel Alves**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** dalves11@yahoo.com

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Daniel Arone**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Daniel Johnson**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** danielbrockjohnson@gmail.com

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 20 of 77

Debtor   **GoPlay, LLC**                                              Case number *(if known)*          **26-11209**

Name

---

**Part 2:** Additional Page

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
---|---|---|---

**Darci Shinn**

**To be notified by email.**

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

**Darren Woodbrey**

**To be notified by email.**

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

**David Quilici**

**To be notified by email.**

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

**David Sanches**

**To be notified by email.**

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❏ Yes

---

| Debtor | **GoPlay, LLC** | Case number *(if known)* | **26-11209** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  Additional Page

---

**3.82** **Nonpriority creditor's name and mailing address**

**Debra Fontaine**

**To be notified by email.**

_____

Date or dates debt was incurred _____

Last 4 digits of account number  —— —— —— ——

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**

**Demetrios Kalkanis**

**To be notified by email.**

_____

Date or dates debt was incurred _____

Last 4 digits of account number  —— —— —— ——

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**

**Dennis Williams**

**To be notified by email.**

_____

Date or dates debt was incurred _____

Last 4 digits of account number  —— —— —— ——

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

**Derek Neiswender**

**To be notified by email.**

_____

Date or dates debt was incurred _____

Last 4 digits of account number  —— —— —— ——

**As of the petition filing date, the claim is:**                    **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                        Case number *(if known)*        **26-11209**
　　　　　Name

**Part 2:** Additional Page

**3.86** | **Nonpriority creditor's name and mailing address**

**Diane Thompson**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.87** | **Nonpriority creditor's name and mailing address**

**Dmitriy Okunev**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.88** | **Nonpriority creditor's name and mailing address**

**Dolly Baker**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.89** | **Nonpriority creditor's name and mailing address**

**Dominic Lyksey**

**To be notified by email**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**          **$2,833.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Salary**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**

Name                                                              Case number *(if known)*        **26-11209**

## Part 2:  Additional Page

**3.90** **Nonpriority creditor's name and mailing address**

**Elizabeth Miller**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.91** **Nonpriority creditor's name and mailing address**

**Elizabeth Tetborgh**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

Remarks: elizabethrace@gmail.com

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.92** **Nonpriority creditor's name and mailing address**

**Elyse Thornton**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.93** **Nonpriority creditor's name and mailing address**

**Erin Thomson**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**     **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*          **26-11209**
         Name

## Part 2: Additional Page

**3.94** | **Nonpriority creditor's name and mailing address**

**Erin Ward**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

**Eva McMahan**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

**Fang Fang**

**To be notified by email**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**Remarks:** fang.flora@gmail.com

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**

**Fares Mouchantaf**

**To be notified by email.**

**Date or dates debt was incurred**

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 25 of 77

Debtor   **GoPlay, LLC**                                                                  Case number *(if known)*      **26-11209**

         Name

---

Part 2:  Additional Page

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
  Gina LeBrecht

  To be notified by email.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.99  **Nonpriority creditor's name and mailing address**
  Greg Coutts

  To be notified by email.

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.100  **Nonpriority creditor's name and mailing address**
  Greg Tully

  To be notified by email.

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.101  **Nonpriority creditor's name and mailing address**
  Hannah Mamuszka

  To be notified by email.

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **GoPlay, LLC**                                                                                          Case number *(if known)*      **26-11209**

     Name

### Part 2:  Additional Page

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Harris Otubu**

**To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number   __ __ __ __

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Heather Baker Nielsen**

**To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number   __ __ __ __

**Remarks:** heather.baker.nielsen@gmail.com

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Heidi Barrett-Model**

**To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number   __ __ __ __

**Remarks:** heidi.barrett@gmail.com

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Heidi Swift**

**To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **GoPlay, LLC**                                                                Case number *(if known)*        **26-11209**
　　　　　Name

---

Part 2:   Additional Page

| | |
|---|---|

**3.106**

**Nonpriority creditor's name and mailing address**

**HMC GESTIONI SRL**

**Via Terraglio**

**140, 31100 Treviso (TV), Italy, 00001**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.107**

**Nonpriority creditor's name and mailing address**

**Ira Salmela**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.108**

**Nonpriority creditor's name and mailing address**

**Isaac Soderlund**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.109**

**Nonpriority creditor's name and mailing address**

**Isabella OByrne**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**            **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**                                                                    Case number *(if known)*        **26-11209**
     Name

**Part 2:** Additional Page

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**James Richardson**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Jamie Rodriguez**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Jane Brzezinski**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Janine Krupa**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor      **GoPlay, LLC**                                                    Case number *(if known)*         **26-11209**
            Name

## Part 2:  Additional Page

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jason Lee**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

| 3.115 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jason Marr**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

| 3.116 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jason Marshall**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

| 3.117 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jason Sayre**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor   **GoPlay, LLC**                                                                    Case number *(if known)*        **26-11209**
　　　　　Name

**Part 2:**  Additional Page

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jeffrey Ritter**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**　　　　　　　　　　　**Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**　 __ __ __ __　　❑ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jennifer Kennedy**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**　　　　　　　　　　　**Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**　 __ __ __ __　　❑ Yes

**Remarks:** jensmithmn@gmail.com

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jennifer Zellmer**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**　　　　　　　　　　　**Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**　 __ __ __ __　　❑ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jens Hoefkens**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**　　　　　　　　　　　**Is the claim subject to offset?**
☑ No
**Last 4 digits of account number**　 __ __ __ __　　❑ Yes

**Remarks:** hoefkens@gmail.com

Debtor    **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
          Name

Part 2:   Additional Page

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jeremiah Hayes**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jessica Saad**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Jim Roche**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**JJ Tours**

**Brewery Business Park Dundalk**

**Louth Ireland,**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **GoPlay, LLC**                                            Case number *(if known)*      **26-11209**
        Name

**Part 2:**  Additional Page

**3.126**  **Nonpriority creditor's name and mailing address**

**Jo-Ann Houston**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**              **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.127**  **Nonpriority creditor's name and mailing address**

**Joe Arone**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**              **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.128**  **Nonpriority creditor's name and mailing address**

**John Ciaramaglia**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**              **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❏ Yes

**3.129**  **Nonpriority creditor's name and mailing address**

**John Dellaratta**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**              **unknown**
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
         Name

**Part 2:** Additional Page

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**John DeSantis**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,332.00** |

**John O'Brien**

**To be notified by email**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Salary**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**John Olawepo**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Jonathan Mahlowitz**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*     **26-11209**
　　　　　Name

**Part 2:**   Additional Page

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.134**

**Nonpriority creditor's name and mailing address**

　**Jonathan Trementozzi**

　**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number**　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

Remarks: jon.trementozzi@gmail.com

---

**3.135**

**Nonpriority creditor's name and mailing address**

　**Jordan Novak**

　**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number**　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.136**

**Nonpriority creditor's name and mailing address**

　**JOSEPH BAMBERG**

　**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number**　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.137**

**Nonpriority creditor's name and mailing address**

　**Joseph Coppola**

　**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　**Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number**　__ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

Debtor   **GoPlay, LLC**        Case number *(if known)*     **26-11209**

     Name

---

**Part 2:** Additional Page

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Joseph Husson** | *Check all that apply.*
| To be notified by email. | ❑ Contingent
| | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ❑ Yes

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Joseph Lester** | *Check all that apply.*
| To be notified by email. | ❑ Contingent
| | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ❑ Yes

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Juan Ramirez** | *Check all that apply.*
| To be notified by email. | ❑ Contingent
| | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ❑ Yes

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Judith Spreda** | *Check all that apply.*
| To be notified by email. | ❑ Contingent
| | ❑ Unliquidated
| | ❑ Disputed
| | **Basis for the claim:** __Customer Deposit__
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ❑ Yes

---

| Debtor | **GoPlay, LLC** | Case number *(if known)* | **26-11209** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | **Julie Dunlap** | *Check all that apply.* |
| | | ❑ Contingent |
| | To be notified by email. | ❑ Unliquidated |
| | | ❑ Disputed |
| | | **Basis for the claim:** **Customer Deposit** |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | **Justin Huber** | *Check all that apply.* |
| | | ❑ Contingent |
| | To be notified by email. | ❑ Unliquidated |
| | | ❑ Disputed |
| | | **Basis for the claim:** **Customer Deposit** |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | **Kari Husson** | *Check all that apply.* |
| | | ❑ Contingent |
| | To be notified by email. | ❑ Unliquidated |
| | | ❑ Disputed |
| | | **Basis for the claim:** **Customer Deposit** |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| | **Karin Langford** | *Check all that apply.* |
| | | ❑ Contingent |
| | To be notified by email. | ❑ Unliquidated |
| | | ❑ Disputed |
| | | **Basis for the claim:** **Customer Deposit** |
| | Date or dates debt was incurred | **Is the claim subject to offset?** |
| | | ☑ No |
| | Last 4 digits of account number    __ __ __ __ | ❑ Yes |

---

Debtor   **GoPlay, LLC**                                          Case number *(if known)*        **26-11209**
　　　　　Name

**Part 2:**  Additional Page

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.146**

**Nonpriority creditor's name and mailing address**

Kate Benjamin

To be notified by email.

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**

Kate Roberge

To be notified by email.

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**

Kathryn Ready

To be notified by email.

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**Remarks:** kathrynwil26@hotmail.com

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**

Katie Hughes

To be notified by email.

**Date or dates debt was incurred**

**Last 4 digits of account number**  — — — —

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor     **GoPlay, LLC**                                                                                    Case number *(if known)*      **26-11209**
          Name

---

**Part 2:**  Additional Page

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Katie Lynn O'Connor Watson**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kelly Qualey**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kelsey Qualey**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Ken Cerreto**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor    **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
          Name

| Part 2: | Additional Page |

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Kent Johnson**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Kerri Boyle**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Kerry Nevadomski**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Kevin Pryse**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 40 of 77

Debtor   **GoPlay, LLC**_____     Case number *(if known)*     **26-11209**_____
          Name

**Part 2:** Additional Page

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**_____ |
|---|---|---|---|

**Kirsten Fox**_____

**To be notified by email.**_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | | **unknown**_____ |

**Kristi Doster**_____

**To be notified by email.**_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | **unknown**_____ |

**Kristie Demirev**_____

**To be notified by email.**_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | **unknown**_____ |

**Kristine Barnes**_____

**To be notified by email.**_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**_____

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor      **GoPlay, LLC**                                                                 Case number *(if known)*      **26-11209**
Name

Part 2: Additional Page

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kristine Lopez**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kristine Speros**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kristy Gettle**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Kyle York**

**To be notified by email.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 42 of 77

Debtor    **GoPlay, LLC**                              Case number *(if known)*    **26-11209**

       Name

| Part 2: | Additional Page |
| --- | --- |

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
--- | --- | --- | ---

**3.166**
**Nonpriority creditor's name and mailing address**
**Laura Kuettel**

**To be notified by email.**

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.167**
**Nonpriority creditor's name and mailing address**
**Laura Nicolas**

**To be notified by email.**

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.168**
**Nonpriority creditor's name and mailing address**
**Lauren Gallagher**

**To be notified by email.**

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.169**
**Nonpriority creditor's name and mailing address**
**Lauren Galletti**

**To be notified by email.**

**As of the petition filing date, the claim is:**      **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**   **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
     Name

| Part 2: | Additional Page |
|---|---|

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

  **Lauren Noce**

  **To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

  **Lauren Redon**

  **To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

  **Lauren Wszolek**

  **To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

  **Laurence Motter**

  **To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 44 of 77

Debtor     **GoPlay, LLC**                                              Case number *(if known)*     **26-11209**
               Name

| Part 2: | Additional Page |

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Leah Stellmaker** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Leonard Mason** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Lindsay Hardy** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |
| **Remarks:** linsrbins@gmail.com |

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Lindsey Martinson** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** ___ ___ ___ ___ | ❑ Yes |

Debtor   **GoPlay, LLC**
Name

Case number *(if known)*      **26-11209**

---

**Part 2:**  Additional Page

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
Lisa Juten

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
Lorena McCarthy

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
Louis Colon

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**Remarks:** louiscolon@msn.com

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,131.00**
Lydia Bellwood

To be notified by email

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Salary**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor   **GoPlay, LLC**                                          Case number *(if known)*          **26-11209**
　　　　Name

**Part 2:**   Additional Page

**3.182** | **Nonpriority creditor's name and mailing address**

**Lydia Mathger**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

**Lynne Millson**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

**Mae Steinberg**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

**Maija Benjamins**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**                 **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
　　　　Name

**Part 2:** Additional Page

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marcia Motter**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

3.187

**Nonpriority creditor's name and mailing address**

**Margaret Richardson**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

3.188

**Nonpriority creditor's name and mailing address**

**Margaret Staples**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

3.189

**Nonpriority creditor's name and mailing address**

**Margaret-Ann Azzaro**

**To be notified by email.**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor  **GoPlay, LLC**                                                                 Case number *(if known)*  **26-11209**

Name

**Part 2:** Additional Page

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Marie Godard**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Remarks: mfindeling@hotmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Mariel Marsh**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Mark Ball**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Mark McKeen**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **GoPlay, LLC** | Case number *(if known)* | **26-11209** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Mary Jankosky**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Marycelina Lamontagne**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Matt Hawkins**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,348.00**

**Matthew Briggs**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Wages/commission**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor  **GoPlay, LLC**  Case number *(if known)*  **26-11209**
Name

Part 2:  Additional Page

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**Matthew Gahn**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**Matthew Simard**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**MCA**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Merchant Cash Advance**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
| --- | --- | --- | --- |

**McGinley Travel Group,**

**Magheroarty,  Gortahork,**

**Letterkenny,  Co. Donegal.  F92 Y265,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **GoPlay, LLC**                                   Case number *(if known)*        **26-11209**
Name

| Part 2: | Additional Page |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

**Meagan Caldwell**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**

**Megan Rosso**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

**Meghan Phillips**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.205** **Nonpriority creditor's name and mailing address**

**Melissa Carlton**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*      **26-11209**
     Name

---

Part 2:   Additional Page

---

**3.206**   **Nonpriority creditor's name and mailing address**

**Melissa Dulabohn**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.207**   **Nonpriority creditor's name and mailing address**

**Meyerstown Soccer Club**

**41 S. Fairlane Avenue**

**Myerstown, PA 17067**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      $115,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:  Breach of Contract**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.208**   **Nonpriority creditor's name and mailing address**

**Michael Aspesi**

**To be notified by e-mail.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.209**   **Nonpriority creditor's name and mailing address**

**Michael Cramer**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**      unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*      **26-11209**
         Name

| Part 2: | Additional Page |
| --- | --- |

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Michael Kaniuk**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Michael Rego**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Michelle Soderlund**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,135.00**

**Milena Del Sarto**

**To be notified by email**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Salary**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 54 of 77

Debtor      **GoPlay, LLC**                                              Case number *(if known)*          **26-11209**
Name

---

**Part 2:**  Additional Page

---

**3.214**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
**Mindy Graiver**                                                      *Check all that apply.*
                                                                      ❑ Contingent
**To be notified by email.**                                          ❑ Unliquidated
                                                                      ❑ Disputed

                                                                      **Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**  _____                      **Is the claim subject to offset?**
                                                                      ☑ No
**Last 4 digits of account number**  __ __ __ __                      ❑ Yes

---

**3.215**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
**Mona Potter**                                                       *Check all that apply.*
                                                                      ❑ Contingent
**To be notified by email.**                                          ❑ Unliquidated
                                                                      ❑ Disputed

                                                                      **Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**  _____                      **Is the claim subject to offset?**
                                                                      ☑ No
**Last 4 digits of account number**  __ __ __ __                      ❑ Yes
**Remarks:** monapotter3@gmail.com

---

**3.216**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
**Monica Coppola**                                                    *Check all that apply.*
                                                                      ❑ Contingent
**To be notified by email.**                                          ❑ Unliquidated
                                                                      ❑ Disputed

                                                                      **Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**  _____                      **Is the claim subject to offset?**
                                                                      ☑ No
**Last 4 digits of account number**  __ __ __ __                      ❑ Yes

---

**3.217**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
**Natalie Yeagley**                                                   *Check all that apply.*
                                                                      ❑ Contingent
**To be notified by email.**                                          ❑ Unliquidated
                                                                      ❑ Disputed

                                                                      **Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred**  _____                      **Is the claim subject to offset?**
                                                                      ☑ No
**Last 4 digits of account number**  __ __ __ __                      ❑ Yes

---

Debtor **GoPlay, LLC**                                   Case number *(if known)*          **26-11209**

Name

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** |

**3.218** 

**Nonpriority creditor's name and mailing address**

Nathan Hanson

To be notified by email.

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**unknown**

---

**3.219**

**Nonpriority creditor's name and mailing address**

Nathaniel Rewey

To be notified by email.

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**unknown**

---

**3.220**

**Nonpriority creditor's name and mailing address**

Neila Keith

To be notified by email.

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**unknown**

---

**3.221**

**Nonpriority creditor's name and mailing address**

Nicholas Bremer

To be notified by email.

**As of the petition filing date, the claim is:** *Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___

**unknown**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 56 of 77

Debtor   **GoPlay, LLC**                                                Case number *(if known)*          **26-11209**
　　　　　Name

**Part 2:**　Additional Page

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.222**

**Nonpriority creditor's name and mailing address**

**Nicole Pryse**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**unknown**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Nicole Snyder**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**unknown**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Nikki Maskell**

**To be notified by email.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**unknown**

---

**3.225**

**Nonpriority creditor's name and mailing address**

**Nina Riccio**

**To be notified by e-mail.**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**unknown**

Debtor  **GoPlay, LLC**                                                      Case number *(if known)*      **26-11209**
Name

---

**Part 2:** Additional Page

---

**3.226**

**Nonpriority creditor's name and mailing address**

**Nunzio Riccio**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

**3.227**

**Nonpriority creditor's name and mailing address**

**Olga Demchuk**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

**3.228**

**Nonpriority creditor's name and mailing address**

**OnDeck**

**4700 W Daybreak Pkwy Ste 200**

**South Jordan, UT 84009-5133**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Short Term Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Paige Shaw**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

Debtor   **GoPlay, LLC**                                    Case number *(if known)*      **26-11209**
　　　　　Name

## Part 2: Additional Page

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Park Plaza**

**STA International, The Drying Loft,**

**25/26 Turkey Court**

**Ashford Road, Maidstone, Kent ME14 5PP,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Patricia Curiel**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**PATRICK LEWIS**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Paul Dudley**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

Debtor   **GoPlay, LLC**
Name

Case number *(if known)*      **26-11209**

---

**Part 2:**  Additional Page

**3.234**

**Nonpriority creditor's name and mailing address**

**Paul Masi**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**Pengyu Huang**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.236**

**Nonpriority creditor's name and mailing address**

**Philippe Schenk**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** schenkpt@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.237**

**Nonpriority creditor's name and mailing address**

**Rachel Ren**

**To be notified by email.**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

Debtor   **GoPlay, LLC**  
Name

Case number *(if known)*   **26-11209**

---

### Part 2: Additional Page

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**3.238**

**Nonpriority creditor's name and mailing address**

Rebecca Keith

To be notified by email.

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**

Rebecca keogh

To be notified by email.

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**

RHONDA WILLIAMS

To be notified by email.

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.241**

**Nonpriority creditor's name and mailing address**

Richard Frisch

To be notified by email.

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 61 of 77

Debtor   **GoPlay, LLC**                                                          Case number *(if known)*          **26-11209**
　　　　　Name

**Part 2:**  Additional Page

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Richard Pinegar**

**To be notified by email.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.243 |

**Richard Solomon**

**To be notified by email.**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

| 3.244 |

**Rihanna Deckert**

**To be notified by email.**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**Remarks:** rihannavalentino@yahoo.com

---

| 3.245 |

**Robert Dubble**

**To be notified by email.**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

Debtor    **GoPlay, LLC**                                              Case number *(if known)*      **26-11209**

Name

---

**Part 2:** Additional Page

---

**3.246** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Robert Jacoby** | *Check all that apply.* |
| | ❏ Contingent |
| **To be notified by email.** | ❏ Unliquidated |
| | ❏ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ❏ Yes |

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Rochestown Hotel** | *Check all that apply.* |
| | ❏ Contingent |
| **Rochestown Rd** | ❏ Unliquidated |
| | ❏ Disputed |
| **Douglas, Co Cork, T12 AKC8, Ireland,** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ❏ Yes |

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Ronald McClane** | *Check all that apply.* |
| | ❏ Contingent |
| **To be notified by e-mail.** | ❏ Unliquidated |
| | ❏ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ❏ Yes |

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown
| **Roxanna Swanson** | *Check all that apply.* |
| | ❏ Contingent |
| **To be notified by email.** | ❏ Unliquidated |
| | ❏ Disputed |
| | **Basis for the claim:** **Customer Deposit** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No |
| | ❏ Yes |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 63 of 77

Debtor **GoPlay, LLC**      Case number *(if known)*    **26-11209**
Name

**Part 2:** Additional Page

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Ryan Frederick

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Ryan Hodgman

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Salma Rafi

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Sara Sarvela

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Customer Deposit**

Date or dates debt was incurred   _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor    **GoPlay, LLC**                                          Case number *(if known)*        **26-11209**
                Name

Part 2:   Additional Page

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Sara Vallie**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Sarah Wilmot**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Sax Travel**

**Brownhills Garage**

**St. Andrews KY16 8PL,**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Scott Lyytinen**

**To be notified by email.**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   __ __ __ __

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 65 of 77

Debtor    **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
           Name

---

Part 2:   Additional Page

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Sebastien Godard**

**To be notified by email.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Sepehr Sadeghi**

**To be notified by email.**

**sadegs@gmail.com**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Shana Johnson**

**To be notified by email.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Shannon Morak**

**To be notified by email.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Customer Deposit**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor   **GoPlay, LLC**                                                    Case number *(if known)*      **26-11209**
          Name

---

**Part 2:**  Additional Page

---

**3.262**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
          **Sharon Wurm**                                               *Check all that apply.*
                                                                        ❑ Contingent
          **To be notified by email.**                                  ❑ Unliquidated
                                                                        ❑ Disputed

                                                                        **Basis for the claim:**  **Customer Deposit**

          **Date or dates debt was incurred**      _____     **Is the claim subject to offset?**
                                                                        ☑ No
          **Last 4 digits of account number**      __ __ __ __          ❑ Yes

---

**3.263**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
          **Shawn Linehan**                                             *Check all that apply.*
                                                                        ❑ Contingent
          **To be notified by email.**                                  ❑ Unliquidated
                                                                        ❑ Disputed

                                                                        **Basis for the claim:**  **Customer Deposit**

          **Date or dates debt was incurred**      _____     **Is the claim subject to offset?**
                                                                        ☑ No
          **Last 4 digits of account number**      __ __ __ __          ❑ Yes

---

**3.264**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
          **Sherry Ashby Leon**                                         *Check all that apply.*
                                                                        ❑ Contingent
          **To be notified by email.**                                  ❑ Unliquidated
                                                                        ❑ Disputed

                                                                        **Basis for the claim:**  **Customer Deposit**

          **Date or dates debt was incurred**      _____     **Is the claim subject to offset?**
                                                                        ☑ No
          **Last 4 digits of account number**      __ __ __ __          ❑ Yes

---

**3.265**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**
          **Sofia Riccio**                                              *Check all that apply.*
                                                                        ❑ Contingent
          **To be notified by email.**                                  ❑ Unliquidated
                                                                        ❑ Disputed

                                                                        **Basis for the claim:**  **Customer Deposit**

          **Date or dates debt was incurred**      _____     **Is the claim subject to offset?**
                                                                        ☑ No
          **Last 4 digits of account number**      __ __ __ __          ❑ Yes

---

| Debtor | **GoPlay, LLC** | Case number *(if known)* | **26-11209** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Sooni Lee

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  __ __ __ __

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Stephen Qualey

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  __ __ __ __

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

STEVEN SCHILLER

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  __ __ __ __

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

Suellyn Santiago

To be notified by email.

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Customer Deposit__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor   **GoPlay, LLC**                                                  Case number *(if known)*          **26-11209**
Name

Part 2:  Additional Page

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Susan Hammond** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:  Customer Deposit** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ❑ Yes |
| Remarks: susiesudduth@yahoo.com |

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,544.00**
| **Susi Stace** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by Email** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:  Salary** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ❑ Yes |

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Tammera Waller** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email.** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:  Customer Deposit** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ❑ Yes |

**3.273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,308.00**
| **Tanis Danielson** | *Check all that apply.* |
| | ❑ Contingent |
| **To be notified by email** | ❑ Unliquidated |
| | ❑ Disputed |
| | **Basis for the claim:  Salary** |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number**  __ __ __ __ | ❑ Yes |

Debtor   **GoPlay, LLC**                                                      Case number *(if known)*        **26-11209**

Name

**Part 2:   Additional Page**

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** |
|---|---|---|---|

3.274 **Nonpriority creditor's name and mailing address**

Tara Haurin

To be notified by email.

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

3.275 **Nonpriority creditor's name and mailing address**

Tara Mathur

To be notified by email.

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

**Remarks:** taramathur@gmail.com

---

3.276 **Nonpriority creditor's name and mailing address**

Tasha Cook

To be notified by email.

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

---

3.277 **Nonpriority creditor's name and mailing address**

Tejpreet Kalra

To be notified by email.

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

**Remarks:** tejpreet23@gmail.com

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 70 of 77

Debtor   **GoPlay, LLC**                                                   Case number *(if known)*      **26-11209**
　　　　Name

---

**Part 2:** Additional Page

---

**3.278**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        **unknown**
　　　**Thomas Ballenthin**                                                *Check all that apply.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Contingent
　　　**To be notified by email.**                                          ❑ Unliquidated
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Disputed

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Basis for the claim:** **Customer Deposit**

　　　**Date or dates debt was incurred** _____                       **Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ No
　　　**Last 4 digits of account number** __ __ __ __                         ❑ Yes

---

**3.279**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        **unknown**
　　　**Tiffany Forti**                                                     *Check all that apply.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Contingent
　　　**To be notified by email.**                                          ❑ Unliquidated
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Disputed

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Basis for the claim:** **Customer Deposit**

　　　**Date or dates debt was incurred** _____                       **Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ No
　　　**Last 4 digits of account number** __ __ __ __                         ❑ Yes

---

**3.280**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        **unknown**
　　　**Tiffany Hoffman**                                                   *Check all that apply.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Contingent
　　　**To be notified by email.**                                          ❑ Unliquidated
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Disputed

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Basis for the claim:** **Customer Deposit**

　　　**Date or dates debt was incurred** _____                       **Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ No
　　　**Last 4 digits of account number** __ __ __ __                         ❑ Yes

---

**3.281**  **Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:**        **unknown**
　　　**Timothy Murphy**                                                    *Check all that apply.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Contingent
　　　**To be notified by email.**                                          ❑ Unliquidated
　　　　　　　　　　　　　　　　　　　　　　　　　　　❑ Disputed

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Basis for the claim:** **Customer Deposit**

　　　**Date or dates debt was incurred** _____                       **Is the claim subject to offset?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　☑ No
　　　**Last 4 digits of account number** __ __ __ __                         ❑ Yes

---

Debtor   **GoPlay, LLC**                                            Case number *(if known)*      **26-11209**

 Name

---

Part 2:  Additional Page

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

 **Timothy Swanson**

 **To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

 **Toni Christensen**

 **To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

 **Tony Pehle**

 **To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**  **Customer Deposit**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

 **Tracey Smith**

 **To be notified by email.**

*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 72 of 77

Debtor   **GoPlay, LLC**                                                                    Case number *(if known)*          **26-11209**
            Name

Part 2:   Additional Page

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | **Tulin Fuselier** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **To be notified by email.** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** **Customer Deposit** | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | **UFS** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **381 Sunrise Hwy** | ☐ Unliquidated | |
| | **Lynbrook, NY 11563** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |
| | **Remarks:** collections@ufsfunding.com. | | |

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | **Vanessa Beyland** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **To be notified by email.** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** **Customer Deposit** | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|
| | **Vinay Kamath** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **To be notified by email.** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** **Customer Deposit** | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** __ __ __ __ | ☐ Yes | |
| | **Remarks:** vrkamath@gmail.com | | |

Debtor    **GoPlay, LLC**                                                   Case number *(if known)*        **26-11209**
          Name

---

Part 2:  Additional Page

| | | |
|---|---|---|
| **3.290** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.290 | **Nonpriority creditor's name and mailing address**

**Virginia Strom**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**        **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

3.291 | **Nonpriority creditor's name and mailing address**

**Whitney Conley**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**        **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

3.292 | **Nonpriority creditor's name and mailing address**

**William Kandaras**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**        **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

3.293 | **Nonpriority creditor's name and mailing address**

**Wyatt Gawrys**

**To be notified by email.**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**        **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Customer Deposit**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor  **GoPlay, LLC**                                                    Case number *(if known)*  **26-11209**
    Name

---

**Part 2:**  Additional Page

---

**3.294**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**

  **Yue Pan**                                                  *Check all that apply.*
                                    ❑ Contingent
  **To be notified by email.**                                  ❑ Unliquidated
                                      ❑ Disputed

                                      **Basis for the claim:** __Customer Deposit__

  **Date or dates debt was incurred** _____          **Is the claim subject to offset?**
                                      ☑ No
  **Last 4 digits of account number** __ __ __ __          ❑ Yes
  Remarks: yue_pan@hotmail.com

---

**3.295**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**

  **Yuting Qi**                                                *Check all that apply.*
                                      ❑ Contingent
  **To be notified by email.**                                  ❑ Unliquidated
                                      ❑ Disputed

                                      **Basis for the claim:** __Customer Deposit__

  **Date or dates debt was incurred** _____          **Is the claim subject to offset?**
                                      ☑ No
  **Last 4 digits of account number** __ __ __ __          ❑ Yes

---

**3.296**  **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          **unknown**

  **Yuval Vachtel**                                            *Check all that apply.*
                                      ❑ Contingent
  **To be notified by email.**                                  ❑ Unliquidated
                                      ❑ Disputed

                                      **Basis for the claim:** __Customer Deposit__

  **Date or dates debt was incurred** _____          **Is the claim subject to offset?**
                                      ☑ No
  **Last 4 digits of account number** __ __ __ __          ❑ Yes

---

Debtor  **GoPlay, LLC**                                          Case number *(if known)*  **26-11209**
_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Bank of America** **P.O. Box 15284** **Wilmington, DE 19850** | Line **3.31** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Deluhery, Megan** **One Federal Street** **Todd & Weld, LLP** **Boston, MA 02110** | Line **3.41** ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 76 of 77

Debtor    **GoPlay, LLC**
Name

Case number *(if known)*     **26-11209**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$300,056.01** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$300,056.01** |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 77 of 77

Fill in this information to identify the case:

Debtor name **GoPlay, LLC**

United States Bankruptcy Court for the: District of **Massachusetts**
(State)

Case number (If known): **26-11209**   Chapter **7**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name     **GoPlay, LLC**

United States Bankruptcy Court for the: District of  **Massachusetts**
                                                     (State)
Case number (If known):     **26-11209**

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Brian Ainscough** | **38 Elm Street**<br>Street<br><br>**Canton, MA 02021**<br>City    State    ZIP Code | **Meyerstown Soccer Club** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Darren Lyons** | **91 Redlands Road**<br>Street<br><br>**West Roxbury, MA 02132**<br>City    State    ZIP Code | **OnDeck** | ☐ D<br>☑ E/F<br>☐ G |
| | | **MCA** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Capital One** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Meyerstown Soccer Club** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Lyons, Darren** | **91 Redlands Road**<br>Street<br><br>**West Roxbury, MA 02132**<br>City    State    ZIP Code | **OnDeck** | ☐ D<br>☑ E/F<br>☐ G |
| | | **MCA** | ☐ D<br>☑ E/F<br>☐ G |

Debtor     **GoPlay, LLC**                                        Case number (if known) **26-11209**
           Name

| ░░░░░ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Capital One** | ❏ D  ☑ E/F  ❏ G |
| | | **Meyerstown Soccer Club** | ❏ D  ☑ E/F  ❏ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D  ❏ E/F  ❏ G |

Official Form 206H                     **Schedule H: Codebtors**                     page __2__ of __2__

Fill in this information to identify the case:

Debtor name _____**GoPlay, LLC**_____

United States Bankruptcy Court for the:

_____**District of Massachusetts**_____

Case number (if known): _____**26-11209**_____   Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................................................

   **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................................................................

   **$63,905.90**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................................

   **$63,905.90**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

   **+     $300,056.01**

4. **Total liabilities**.................................................................................................................................................

   **$300,056.01**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GoPlay, LLC** |
| United States Bankruptcy Court for the: | **District of Massachusetts** |
| Case number (if known): | **26-11209** |

❏ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:  Income

**1.   Gross revenue from business**

❏ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | | ☑ Operating a business<br>❏ Other _____ | **$1,176,103.91** |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>❏ Other _____ | **$5,443,754.05** |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>❏ Other _____ | **$5,030,907.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** to Filing date<br>MM/ DD/ YYYY | | _____ | _____ |
| **For prior year:** | From **01/01/2025** to **12/31/2025**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |

Debtor **GoPlay, LLC**
        Name                                          Case number *(if known)*        **26-11209**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Capital One**<br>Creditor's name<br><br>**P.O Box 30285**<br>Street<br><br><br>**Salt Lake City, UT 84131**<br>City          State     ZIP Code | | **$48,120.00** | ❏ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>☑ Other **Regular credit card payments** |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor   **GoPlay, LLC**                                                          Case number *(if known)*   **26-11209**
         Name

| 5.1. | **WeTravel** | **Bank of America acct # 9221** | **05/12/2026** | **$405.67** |
|------|--------------|----------------------------------|-----------------|--------------|
| | Creditor's name | | | |

**101 Mission Street. Suite 1115**
Street

**San Francisco, CA 94105**
City                        State      ZIP Code

| 5.2. | **WeTravel** | **Rockland Trust account ending 4610** | **05/08/2026** | **$27,133.00** |
|------|--------------|------------------------------------------|-----------------|-----------------|
| | Creditor's name | | | |

**101 Mission Street. Suite 1115**
Street

**San Francisco, CA 94105**
City                        State      ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| 6.1. | | | |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| City            State    ZIP Code | | | |

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|--------------------------------------|----------------|
| | **Ainscough, Brian vs. GoPlay LLC fka GoPlay Sports Tours, LLC** | **Fraud, Business Torts, etc.** | **Suffolk Superior Court Department** <br> Name <br> **3 Pemberton Square** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **2684CV01268** | | **Boston, MA 02108** <br> City            State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|--------------------------------------|----------------|
| | **WeTravel, Inc. vs. GoPlay LLC et al** | **Contract / Business Cases** | **Suffolk Superior Court Department** <br> Name <br> **3 Pemberton Square** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| | **2684CV01255** | | **Boston, MA 02108** <br> City            State    ZIP Code | |

Debtor    **GoPlay, LLC**                                                        Case number *(if known)*    **26-11209**
Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**Myerstown Soccer Club v.**     **Breach of Contract**     **U.S. District Court for the Middle**     ☑Pending
**GoPlay, LLC, Darren**                                    **District of PA**
**Lyons & Brian Ainscough**                                Name                                    ☐On appeal

                                                           **235 N. Washington Street**             ☐Concluded

**Case number**                                            Street

**26-01238-JNK**                                           **Scranton, PA 18503**
                                                           City                    State    ZIP Code

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street                              **Case title**                         **Court name and address**

                                                                           Name

City            State    ZIP Code    **Case number**                        Street

                                     **Date of order or assignment**        City            State    ZIP Code

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City            State    ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

Debtor   **GoPlay, LLC** _____   Case number *(if known)* _____ **26-11209** ____
         Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.   _____        _____      _____    _____

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Lipton Law Group, LLC** | **Attorney's Fee** | **04/03/2026** | **$1,000.00** |

**Address**

**945 Concord Street**
Street

**Framingham, MA 01701**
City                    State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**GoPlay, LLC**

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Lipton Law group LLC** | **Attorney's Fee** | **05/07/2026** | **$6,500.00** |

**Address**

**945 Concord Street**
Street

**945 Concord Street**

**Framingham, MA 01701**
City                    State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**GoPlay, LLC**

Debtor    **GoPlay, LLC**                                                    Case number *(if known)*        **26-11209**
          Name

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Lipton Law group LLC** | **Chapter 7 filing fee** | **05/25/2026** | **$338.00** |

**Address**

**945 Concord Street**
Street

**945 Concord Street**

**Framingham, MA 01701**
City                    State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**GoPlay, LLC**

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **GoPlay, LLC**                                                          Case number *(if known)*  **26-11209**
_____
Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | | | | |

**Address**
_____
Street
_____
_____
City                                State        ZIP Code

**Relationship to debtor**
_____

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ | |
| City               State      ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City            State      ZIP Code | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

Debtor  **GoPlay, LLC**                                              Case number *(if known)*     **26-11209**
　　　　　Name

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes.  State the nature of the information collected and retained. _____

　　　　　Does the debtor have a privacy policy about that information?

　　　　　❏ No

　　　　　❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

　　　　　❏ No. Go to Part 10.

　　　　　❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ |

　　　　　Has the plan been terminated?

　　　　　❏ No

　　　　　❏ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City　　　　State　　ZIP Code | XXXX– _ _ _ _ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Official Form 207　　　　　　　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　　　　　　　page **8**

Debtor **GoPlay, LLC** Case number *(if known)* **26-11209**

Name

| 19.1 | **Depository institution name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|

❏ No

Name

❏ Yes

Street

**Address**

City State ZIP Code

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Does debtor still have it?** |
|---|---|---|---|---|

❏ No

Name

❏ Yes

Street

**Address**

City State ZIP Code

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Owner's name and address** | **Location of the property** | **Description of the property** | **Value** |
|---|---|---|---|

Name

Street

City State ZIP Code

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **GoPlay, LLC**                                                    Case number *(if known)*    **26-11209**
        Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No

    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City         State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No

    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City      State    ZIP Code | City      State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No

    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City      State    ZIP Code | City      State    ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

25. **Other businesses in which the debtor has or has had an interest**

    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **10**

Debtor    **GoPlay, LLC**                                                Case number *(if known)*    **26-11209**
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____    To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____    To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____    To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **GoPlay, LLC**                                                                Case number *(if known)*   **26-11209**
         Name

| **Name and address** |
| --- |

26d.1.

Name

Street

City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| **Name and address of the person who has possession of inventory records** |
| --- |

27.1.

Name

Street

City                          State              ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Darren Lyons | 91 Redlands Road West Roxbury, MA 02132 | Manager/Member, Sole member | 0.00% |
| Brian Ainscough | 38 Elm Street Canton, MA 02021 | Manager, None | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **12**

Debtor   **GoPlay, LLC**
Name

Case number *(if known)*   **26-11209**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Darren Lyons**<br>Name<br><br>**91 Redlands Road**<br>Street<br><br>**West Roxbury, MA 02132**<br>City          State     ZIP Code<br><br>Relationship to debtor<br><br>**Manager/Member** | **$62,619.91** | **Various transaction** | **Compensation** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Brian Ainscough**<br>Name<br><br>**38 Elm Street**<br>Street<br><br>**Canton, MA 02021**<br>City          State     ZIP Code<br><br>Relationship to debtor | **$54,820.63** | **Various** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**06/22/2026**_____
          MM/  DD/  YYYY

Debtor   **GoPlay, LLC**                                        Case number *(if known)*   **26-11209**

Name

**X** **/s/ Darren Lyons**                     Printed name          **Darren Lyons**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor          **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **14**

Fill in this information to identify the case:

Debtor name **GoPlay, LLC**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (if known): **26-11209**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/22/2026**
MM/ DD/ YYYY

X **/s/ Darren Lyons**
Signature of individual signing on behalf of debtor

**Darren Lyons**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202 **Declaration Under Penalty of Perjury for Non-Individual Debtors**