UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>     GOPLAY, LLC,<br><br>          Debtor. | Chapter 7<br>Case No. 26-11209-CJP |

### SUPPLEMENTAL AFFIDAVIT OF ALEX F. MATTERA IN SUPPORT OF APPLICATION OF DONALD R. LASSMAN, CHAPTER 7 TRUSTEE, FOR AUTHORITY TO PIERCE ATWOOD LLP AS COUNSEL

ALEX F. MATTERA, duly sworn, deposes and says:

1.       I am an attorney duly admitted to practice law in the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Supreme Court.

2.       I am a Partner at the law firm of Pierce Atwood LLP ("Pierce Atwood") with offices at 100 Summer Street, 22nd Floor, Boston, Massachusetts 02110.

3.       This Affidavit is intended to supplement the previously filed *Affidavit of Alex F. Mattera in Support of Application of Donald R. Lassman, Chapter 7 Trustee, for Authority to Retain Pierce Atwood LLP as Counsel* [Doc. No. 13-1].

4.       My colleague, Lucus Ritchie, is a Partner at Pierce Atwood. Attorney Ritchie's minor son is a player for a local youth soccer club, Maine Lighting.  One of the coaches of Attorney Ritchie's son's boys Maine Lightning team is married to  the coach of a girls Maine Lightning team, Bryn Carlson.

5.        Attorney Ritchie has no connection to Debtor, and has not utilized the Debtor's services or booked any travel or other programs with or through the Debtor.  Upon information

#19766029v2

and belief, members of the Maine Lightning girls' team coached by Ms. Carlson  have booked programs through the Debtor.

6.      In or about April 2026, when the Debtor began to experience financial difficulties, Ms. Carlson initiated contact with Attorney Ritchie to discuss generally what recourse might be available for any aggrieved parents in connection with canceled trips or forfeited deposits related to the Debtor.

7.      Neither Pierce Atwood nor Attorney Ritchie has represented any of the children, families, coaches, the Maine Lightning soccer club, or any other party in connection with the Debtor. Attorney Ritchie's communications with Ms. Carlson were limited to general advice about alternatives to recover lost deposits, including relief which may be available from the Massachusetts Attorney General's office or its resources, as well as publicly available information about the Debtor and its finances, including information obtained from the Debtor's bankruptcy schedules, statements, and other filings.

8.      From and after the engagement of Pierce Atwood by the Trustee, Attorney Ritchie has had no further communication with Ms. Carlson regarding the Debtor or its filing.

Signed under the pains and penalties of perjury this 31th day of July 2026.

/s/ Alex F. Mattera
Alex F. Mattera

#19766029v2