**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>GoPlay, LLC<br>Debtor | Chapter 7<br>26-11209-CJP |

**ORDER**

**MATTER:**
#26 Motion filed by Debtor GoPlay, LLC to Amend Schedule D, Schedule E/F, Schedule H, Matrix, [Re: 1 Voluntary Petition (Chapter 7), 18 Schedules A-J, Statement of Financial Affairs, Declaration Under Penalty of Perjury - Form 202].

ALLOWED. NO OBJECTIONS FILED.

Dated: 08/17/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge