UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>GOPLAY, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 26-11209-CJP |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 13th day of November 2026, I caused *[38] Motion of Donald R. Lassman, Chapter 7 Trustee, to Compromise Controversy Pursuant to Rule 9019 of The Federal Rules of Bankruptcy Procedure* and, on the 16th day of November, *[39] Notice of Hearing* regarding same to be served upon the following parties registered for electronic service through CM/ECF system listed below:

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Megan C. Deluhery
mdeluhery@toddweld.com

Donald Lassman
don@lassmanlaw.com,
dlassman@ecf.axosfs.com

Marques C Lipton
marques@liptonlg.com,
mlipton@ecf.courtdrive.com

Rion Vaughan
rvaughan@rubinrudman.com

And by first-class mail on November 17, 2026, upon:

Alberto Crema
3 Patriots Drive
Lexington, MA 02420

Alexis Goldy
508 2nd Street
Hainesport, NJ 08036

Amy Vaughan
40 Mount Pritchard Lane
St George, VT 05495

Andrew and Angela Motter
3245 Thornhill Dr.
Reno, NV 89509

Andrew Harrower
25 Dane Road
Lexington, MA 02421

Andrew Person
1 Nestlewood Way
Princeton, NJ 08540, NJ 08540

Anne Zimpel
6267 Lakewood Rd.
Duluth, MN 55804

Bank of America
P.O Box 660441
Dallas, TX 75266

Brenda Clark
59 South Windham Rd
Willimantic, CT 06226

Brian Ainscough
c/o Megan Deluhery, Todd & Weld LLP
One Federal St
Boston MA 02110

Brittany Prebeg
5174 Upper Peterson Rd
Duluth, MN 55804

C.K., a minor child
(Jennifer S. Kennedy, parent)
98 East St
Lexington, MA 02420

Capital One
P.O Box 30285
Salt Lake City, UT 84131

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cara Lloyd
31 Lancaster Drive
Westampton, NJ 08060

Carolyn Whyte Radcliffe
3 Richard Road
Lexington, MA 02421

Charles A. Florek
1521 Elk Run Rd
Downingtown, PA 19335-5703

Charles Alexander
26 Hayes Ln
Lexington, MA 02420

Chelsea M Dombroski
166 Littlefield Street
Pawtucket, RI 02861

Claire Preisser
25 Tower Rd
Lexington, MA 02421

Clayton Hotels
3 Arkle Road.
Sandyford Park, Dublin 18, D18 C9C5,

Daniel F. Critchley
3543 Greysolon Road
Duluth, MN 55804

Darci Shinn
117 Handler Dr.
Burlington, NJ 08016

Darren Lyons
91 Redlands Road
West Roxbury, MA 02132

David Quilici
523 Kirkland Ct
Reno, NV 89511

Debra Fontaine
2760 Watervale Dr.
Sparks, NV 89436

Dolly Baker
4858 Santenay Lane
Sparks, NV 89436

Elizabeth Katherine Kaniuk
44 Glen Loch Way
Malvern, PA 19355

Erin & Joe Motter
2275 Howard Drive
Sparks, NV 89434

Harris Otubu
439 W Country Club Dr
Westampton, NJ 08060

He Ren
33 LEXINGTON AVE APT5
Cambridge, MA 02138

HMC GESTIONI SRL
Via Terraglio
140, 31100 Treviso (TV), Italy00001

Hobart and William Smith Colleges
300 Pulteney Street
Geneva, NY 14456-3304

Hotel Crystal Engelberg AG
Dorfstrasse 45
6390 Engelberg
Switzerland

James Cook
24 Windsor Drive
Westport, MA 02790

James M. Richardson
56 Common St.
Scituate, MA 02066

Jane Brzezinski
41 Ashley Road
Bristol, CT 06010

Janine M. Krupa
637 Groveville-Allentown Road
Hamilton, NJ 08620

Jennifer Zellmer
5131 Woodlawn St
Duluth, MN 55804

JJ Tours
Brewery Business Park Dundalk
Louth Ireland

Jo Sun
37 Moreland Ave.
Lexington, MA 02421

jo-ann houston
15 RUTH PL
Glen Head, NY 11545

John O'Brien (Jonathan O'Brien)
24 Castle Terrace Court St Margaret Ave
Malahide Village, Co Dublin
Ireland

Jonathan Trementozzi
28 WOODCLIFFE RD
Lexington, MA 02421

Joseph T. Coppola II
7 N Main Street
Unit 1524
Old Saybrook, CT 06475

Judith Spreda
29 Red Oak Drive
Southington, CT 06489

Justin J. Bollinger
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606

Kelsey Qualey
11 Maywood Terrace
Woburn, MA 01801

Kari Husson
Windham, NH 03087

Kelsey Qualey
11 Maywood Terrace
Woburn, MA 01801

Kerry Nevadomski
6 Hyde Lane
Westhampton, NJ 08060

Kevin Comphel
768 AHWANEE DRIVE
Sparks, NV 89436-1611

Kevin Pryse
6 Sunnyfield Ln
Falmouth, ME 04105

Kevin Stellar
1129 S 3rd St
Lebanon, PA 17042

Leah Stellmaker
816 Mellwood Ave
Duluth, MN 55804

Lillianna Clark
59 South Windham Rd
Willimantic, CT 06226

Louis Colon
59 Taft Ave
Lexington, MA 02421

Marcia E. Motter
7027 Annabelle Dr.
Sparks, NY 89436

Margaret-Ann Azzaro
161 cardinal Way
Florence, MA, 01062

Mary Jankowsky
3456 Rabbit Run Path
The Villages, FL, 32163

MASS DEPT OF REVENUE ATTN:
BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

Massachusetts Youth Soccer Association
512 Old Union Turnpike
Lancaster, MA 01523

Matthew Briggs
5 Spinners Chase, Pudsey
Leeds
West Yorkshire
England, LS28 7BB

Matthew J. Hawkins
202 Keely Ln
Schwenksville, PA 19473

MCA Servicing
407 Lincoln Road Suite 6H # 1379
Miami Beach, FL 33139

MCA Servicing Company
Piekarski Law PLLC
17 State Street
Suite 1800
New York, NY 10004

Megan Deluhery
Todd & Weld, LLP
One Federal Street
Boston, MA 02110

Megan C. Deluhery
Todd & Weld LLP
One Federal Street
Boston, MA 02110

Meghan Phillips
65 Whispering Pines Dr.
South Portland, ME 04106

Melissa Carlton
205 Northampton Ave
Hainesport, NJ 08036

Michael David Kaniuk
44 Glen Loch Way
Malvern, PA 19355

Michael King
1515 W River Oaks Lane
Mequon, WI, 53092

Monica Coppola
131 Cottage Rd
Apartment D 11
Madison, CT 06443

Myerstown Soccer Club
2933 Lititz Pike
P.O. Box 5349
Lancaster, PA 17606

Nikki Maskell
16 Doral Drive
Westampton, NJ 08060

Nina Riccio
184 Hillcrest Dr North
Cranston, RI, 02921

ODK Capital LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009

OnDeck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

OnDeck
4700 W Daybreak Pkwy Ste 200
South Jordan, UT 84009-5133

Paige Shaw
2116 Creek Road
Hainesport, NJ 08036

Park Plaza
STA International, The Drying Loft,
25/26 Turkey Court
Ashford Road, Maidstone, Kent ME14 5PP

Philippe Schenk
16 Oakland Street
Lexington, MA 02420

Rochestown Hotel
Rochestown Rd
Douglas, Co Cork, T12 AKC8, Ireland

Roger Williams University
One
Office of General Counsel
Bristol, RI 02840

Rubin and Rudman LLP
Webber, Esq., Jason A
53 State St 15th Floor
Boston, MA 02109

Sara Vallie
4990 Misty Bay Drive
Duluth, MN
55803
Duluth, MN 55803-8406

Sax Travel
Brownhills Garage
St. Andrews KY16 8PL

Sean D. Kennedy
98 East St
Lexington, MA 02420

Stephen and Kelly Qualey
11 Maywood Terrace
Woburn, MA 01801

Steven Schiller
2485 Garzoni Drive
Sparks, NV 89434

Suellyn Santiago
4 Rabbit Run
Portland, ME 04102

Susanna Stace
Calle Angel Guimera, 16, 1-1
L'Hospitalet de Llobregat,
Barcelona 08902 Spain

Travis Deckert
162 Ent Rd.
Hanscom Air Force Base, MA 01731

U.S. Small Business Administration
2 North 20th Street 320
Birmingham, AL 35203

UFS
381 Sunrise Hwy
Lynbrook, NY 11563

Unique Funding Solutions, LLC
4600 Sheridan Street, Suite 301A
Hollywood, FL 33021

Vinay Kamath
10 Fiske Road
Lexington, MA 02420

We Travel, Inc.
c/o Rubin & Rudman, LLOP
53 State Street
Boston, MA 02109

WETRAVEL, INC.
c/o Rion Vaughan
Rubin and Rudman LLP
53 State Street, 15th Floor
Boston, MA 02109

Whitney Conley
42 Shawnee Trail
Burlington, NJ 08016

Yue Pan
15 Lake St.
Lexington, MA 02421

*<u>/s/ Alex F. Mattera</u>*______________

Alex F. Mattera, BBO No. 641760
Pierce Atwood LLP
100 Summer Street, 22nd Floor
Boston, MA 02110
Telephone: (617) 488-8112
Email: amattera@pierceatwood.com